```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ELIZABETH MENDY,                                                 :
:
Plaintiff,                                :
:     24-cv-8758 (LJL)
-v-                                                     :
:           ORDER
MICHAEL W. HEMMINGS, VENEZIA TRANSPORT    :
SERVICE,                                                         :
:
Defendants.                              :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated at the telephonic conference today, May 7, 2025, the Court will defer entry of a case management plan at this time. Defendants shall file a third-party complaint by June 6, 2025. The parties shall appear for a telephonic conference on June 20, 2025, at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. By one week prior to the conference, the parties shall jointly submit to the Court a revised proposed Case Management Plan and Scheduling Order.

      SO ORDERED.

Dated: May 7, 2025
      New York, New York                                         _____
                                                                 LEWIS J. LIMAN
                                                                United States District Judge